BEFORE THE FIRST DIVISION, JANUARY 11, 1939

**No. 40385.**—Protests 711439–G, etc., of S. S. Perry et al. (Los Angeles).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Perry* (25 C. C. P. A. 282, T. D. 49395) the chicken rings in question were held free of duty as agricultural implements under paragraph 1604 as claimed.